Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 0574 | DATE | DECEMBER 13, 2007 |
| CASE TITLE | US v. SAVERIO BARONE, aka "Pete Barone", et al | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the **SPECIAL AUGUST 2006-2** Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge

**JUDGE CASTILLO**

Docket Entry:

**MAGISTRATE JUDGE KEYS**

BOND SET IN 07 CR 574 TO STAND AS BOND IN THIS INSTANCE AS TO SAVERIO BARONE, ANTHONY LEE, AMIRALI REHMAT, ZULFIKAR REHMAT, and MINAZALI REHMAT. TO SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANTS BE ALLOWED TO SIGN OWN RECOGNIZANCE BONDS AS TO LLOYD LEE, KARL OSTLER LEE and KATHREEN YEV JONES.

**FILED**
DEC 13 2007

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| | No notices required, advised in open court. | | Date docketed | |
| | No notices required. | | Docketing dpty. initials | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | Date mailed notice | |
| | Docketing to mail notices | | | |
| | Mail AO 450 form. | | Mailing dpty. initials | |
| | Copy to judge/magistrate judge. | | | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |