## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                                Case No.: 1:07−cr−00574

                                                                       Honorable Ruben Castillo

Saverio Barone, et al.

                        Defendant.


### NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, January 15, 2008:

      MINUTE entry before Judge Ruben Castillo as to defendants Amirali Rehmat, Zulfikar Rehmat and Karl Lee : Arraignment and plea hearing on the superseding indictment reset to 1/17/2008 at 10:00 AM. Arraignment hearing set for 1/16/2008 is vacated.Mailed notice (rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.