# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 574 - 7 | **DATE** | 1/22/2008 |
| **CASE TITLE** | USA vs. Karl Lee | | |

**DOCKET ENTRY TEXT**

Daniel T. Hartnett and Leigh D. Roadman are granted leave to file an appearance instanter on behalf of defendant Karl Lee. Arraignment and plea hearing held. Defendant appeared, waived formal reading of the superseding indictment and entered a plea of guilty to Count Four of the superseding indictment. The Court finds the defendant is competent to plead, the plea is voluntary, and there is a factual basis for the plea. Enter judgment of guilty on Count Four of the superseding indictment. Enter Plea Agreement. Cause referred to the Probation Dept. for a presentence investigation. Sentencing set for 4/17/2008 at 1:00 p.m.

Docketing to mail notices.

00:45

| | Courtroom Deputy Initials: | RO |
|---|---|---|